UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. PHILLIPS, <br>     Plaintiff, <br>     v. <br> DOLLY MATTEUCCI, et al., <br>     Defendants. | Case No. 18-02687 EJD (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at the Napa State Hospital. On September 25, 2018, the Court issued an order dismissing the complaint with leave to amend. (Docket No. 4.) Plaintiff was advised that failure to file an amended complaint within twenty-eight days would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (Id.) In October, Plaintiff filed letters which appear to requesting copies of the court's form complaint. (Docket Nos. 6, 8.) On October 17, 2018, the Clerk sent two copies of the court's form complaint to Plaintiff at Napa State Hospital. (Docket No. 7.)

Plaintiff's complaint was dismissed with leave to amend over two months ago. (Docket No. 4.) In the Court's order, Plaintiff was informed that he must file an amended

complaint within twenty-eight days.  (Id.)  More than six-weeks have passed since the Clerk sent Plaintiff copies of the form complaint.  (Docket No. 7.)  The deadline for Plaintiff to file an amended complaint has passed.  Accordingly, this action is dismissed without prejudice for failure to file an amended complaint.

The Clerk shall terminate all pending deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 12/3/2018

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.18\02687Phillips_dism

2